IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>    Plaintiff,<br><br>v.<br><br>ELARA LUANLUAN, et al.,<br><br>    Defendants. | Case No. 26-cv-00741<br><br>**Judge Matthew F. Kennelly**<br><br>**Magistrate Judge Young B. Kim** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Levi Strauss & Co. ("Plaintiff") hereby dismisses this action as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| Half a day of leisure | 59 |
| Homelyst FZ | 64 |
| KeLee | 72 |
| Mayaho | 78 |

Dated this 11th day of March 2026.     Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Jennifer M. Younan
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
jyounan@gbc.law

*Counsel for Plaintiff Levi Strauss & Co.*